Eddie R. McKIBBEN,
Petitioner-Appellant,

v.

Joe S. HOPPER, Warden, Georgia State Prison, Reidsville, Georgia,
Respondent-Appellee.

No. 77-1834
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 1978.

Rehearing Denied Feb. 6, 1978.

Robert J. Littlefield (court appointed), Decatur, Ga., for petitioner-appellant.

Arthur K. Bolton, Atty. Gen., B. Dean Grindle, Jr., John C. Walden, Asst. Attys. Gen., Atlanta, Ga., for respondent-appellee.

Before COLEMAN, GODBOLD, and TJOFLAT, Circuit Judges.

---

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.

PER CURIAM:

Since the district court has not ruled on the appellant's motion for a certificate of probable cause, this appeal was improvidently docketed. Lacking such certificate, this Court is without jurisdiction to consider the appeal. Rule 22(b), Federal Rules of Appellate Procedure; 28 U.S.C. § 2253; *Welch v. Texas Board of Parole and Pardon*, 5 Cir. 1972, 460 F.2d 298; *Hines v. Pitcher*, 5 Cir. 1971, 440 F.2d 792. This Court may not make the initial determination of whether a certificate of probable cause should be granted. *Lee v. Washington Parish*, 5 Cir. 1973, 476 F.2d 285; *Stewart v. Beto*, 5 Cir. 1971, 451 F.2d 185. Therefore, the appeal is dismissed without prejudice and the cause remanded to allow the district court to rule upon appellant's motion for a certificate of probable cause.

DISMISSED and REMANDED.